**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**7 AP CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■    7th    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐    _____    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Terry Bryant     JOINT DEBTOR: _____     CASE NO.: 13-26650-PGH
Last Four Digits of SS# 7663     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $ 645.43    for months   1   to   4  ;
B.    $ 2,292.42    for months   5   to   40  ;
C.    $ 2,268.92    for months   41   to   60  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5,650.00 ($3500 atty fee; $150 costs + $750.00 modify + $750.00 modify + $500.00 IRS objection: TOTAL PAID $ 1,219.00    Balance Due: $ 4,431.00 payable $ 60.00 /month (Months 1 to 4); and $ 349.25 /month (Months 5 to 16 ).

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. City Natl Bk/Ocwen Loan Service    Arrearage on Petition Date    $ MODIFY OUTSIDE PLAN
Address: P.O. Box 24738    Arrears Payment    $_____ /month (Months ___ to ___)
W. Palm Bch, FL 33416    Regular Payment    $_____ /month (Months ___ to ___)
Acct. Ending: 8278    Property is 1021 S C Street, Lake Worth, FL

2. City Natl Bk/Ocwen Loan Service    Arrearage on Petition Date    $ MODIFY OUTSIDE PLAN
Address: P.O. Box 24738    Arrears Payment    $_____ /month (Months ___ to ___)
W. Palm Bch, FL 33416    Regular Payment    $_____ /month (Months ___ to ___)
Acct. Ending: 8286    Property is 1328 S L Street, Lake Worth, FL

3. City Natl Bk/Ocwen Loan Service    Arrearage on Petition Date    $ MODIFY OUTSIDE PLAN
Address: P.O. Box 24738    Arrears Payment    $_____ /month (Months ___ to ___)
W. Palm Bch, FL 33416    Regular Payment    $_____ /month (Months ___ to ___)
Acct. Ending: 0660    Property is 1011 22nd Street, West Palm Beach, FL

4. City Natl Bk/Ocwen Loan Service    Arrearage on Petition Date    $ MODIFY OUTSIDE PLAN
Address: P.O. Box 24738    Arrears Payment    $_____ /month (Months ___ to ___)
W. Palm Bch, FL 33416    Regular Payment    $_____ /month (Months ___ to ___)
Acct. Ending: 8793    Property is 1136 22nd Street, West Palm Beach, FL

5. City Natl Bk/Ocwen Loan Service    Arrearage on Petition Date    $ MODIFY OUTSIDE PLAN
Address: P.O. Box 24738    Arrears Payment    $_____ /month (Months ___ to ___)
W. Palm Bch, FL 33416    Regular Payment    $_____ /month (Months ___ to ___)
Acct. Ending: 0652    Property is 1134 22nd Street, West Palm Beach, FL

6. Green Tree Servicing    Arrearage on Petition Date    $ MODIFIED PAYMENT (Pay outside plan)
Address: 332 Minnesota St.    Arrears Payment    $_____ /month (Months ___ to ___)
Suite 610    Regular Payment    $_____ /month (Months ___ to ___)
St. Paul, MN 55101
Acct. Ending: 2392    Property is 915 39th Street, West Palm Beach, FL

7. Green Tree Servicing    Payoff on Petition Date    $ 38,317.52 + 5.25% interest = $43,649.40
Address: 332 Minnesota St., Ste. 610    Arrears Payment    $_____ /month (Months ___ to ___)
St. Paul, MN 55101    Payoff Payment    $ 779.45 /month (Months 5 to 60 )
Acct. Ending: 4004 /3400    Property is 824 Dr. Martin Luther King Jr. Blvd., Riviera Beach, FL

8. Homecomings Fin/GMAC    Arrearage on Petition Date    $ MODIFY OUTSIDE PLAN
Address: P.O. Box 4622    Arrears Payment    $_____ /month (Months ___ to ___)
Waterloo, IA 19034    Regular Payment    $_____ /month (Months ___ to ___)
Acct. Ending: 7853    Property is 400 Cypress Drive, Lake Park, FL

9. Nationstar Mortgage    Arrearage on Petition Date    $ MODIFY OUTSIDE PLAN
Address: P.O. Box 650783    Arrears Payment    $_____ /month (Months ___ to ___)
Dallas, TX 75265    Regular Payment    $_____ /month (Months ___ to ___)
Acct Ending: 8513    Property is 3721 Avenue P, Riviera Beach, FL

LF-31 (rev. 01/08/10)

| | | |
|---|---|---|
| 10. Palm Beach County Tax Collector<br>Address: P.O. Box 3353<br>W. Palm Bch, FL 33402<br>Acct. Ending: 0130 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1109 Wright Street, Riviera Beach, FL - 2012 Real Estate Taxes** | $ 367.76 + 18% int = $433.96<br>$_____ /month (Months ___ to ___)<br>$ 10.85 /month (Months 1 to 40) |
| 11. Palm Beach County Tax Collector<br>Address: P.O. Box 3353<br>W. Palm Bch, FL 33402<br>Acct. Ending: 0580 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1030 22nd Street, West Palm Beach, FL** | $ 1,435.81 + 18% int = $1,694.33<br>$_____ /month (Months ___ to ___)<br>$ 28.24 /month (Months 1 to 60) |
| 12. Powell Link II, LLC<br>Address: P.O. Box 483<br>Palm City, FL 34991<br>Acct. Ending: 1070/32123 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1030 18th Street, West Palm Beach, FL - 2010 Real Estate Taxes** | $ 6,994.81 + 18% int = $8,253.88<br>$_____ /month (Months ___ to ___)<br>$ 137.56 /month (Months 1 to 60) |
| 13. Wyrhsr Mtg/Select Portfolio<br>Address: P.O. Box 65250<br>Salt Lake City, UT 84165<br>Acct. Ending: 6997 | Arrearage on Petition Date<br>Arrears Payment<br>Regular Payment<br>**Property is 1030 18th Street, West Palm Beach, FL** | $ MODIFY OUTSIDE PLAN<br>$_____ /month (Months ___ to ___)<br>$_____ /month (Months ___ to ___) |
| 14. Capital One Cltrl Assignee<br>Address: P.O. Box 54418<br>New Orleans, LA 70154<br>Acct. Ending: 1070/27533 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1030 18th Street, West Palm Beach, FL - 2012 Real Estate Taxes** | $ 1,577.96 + 5.75% int = $1,668.69<br>$_____ /month (Months ___ to ___)<br>$ 27.81 /month (Months 1 to 60) |
| 15. Florida Dundee Lien Investment<br>Address: P.O. Box 645191<br>Cincinnati, OH 45264<br>Acct. Ending: 0494 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1109 Wright Street, Riviera Beach, FL - 2010 Real Estate Taxes** | $ 558.13 + 15.75% int = $748.71<br>$_____ /month (Months ___ to ___)<br>$ 12.48 /month (Months 1 to 60) |
| 16. Darren Moore<br>Address: 358 W. Fairway Pl.<br>Chandler, AZ 85225<br>Acct. Ending: 0130/24399 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1109 Wright Street, Riviera Beach, FL - 2011 Real Estate Taxes** | $ 363.13 + 18% int = $420.32<br>$_____ /month (Months ___ to ___)<br>$ 10.51 /month (Months 1 to 40) |
| 17. USAmeribank<br>Address: c/o Kingery/Crouse-Magnolia TC2<br>P.O. Box 17295<br>Clearwater, FL 33762<br>Acct. Ending: 0070/32167 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1011 22nd Street, West Palm Beach, FL - 2010 Real Estate Taxes** | $ 5,884.22 + 18% int = $6,943.38<br>$_____ /month (Months ___ to ___)<br>$ 115.72 /month (Months 1 to 60) |
| 18. SKW Prep, LLC<br>Address: 751 E. Quality Dr., Ste. 1<br>American Fork, UT 84062<br>Acct. Ending: 0580/32178 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1030 22nd Street, West Palm Beach, FL - 2009 Real Estate Taxes** | $ 1237.00 + 8.50% int = $1,522.80<br>$_____ /month (Months ___ to ___)<br>$ 25.38 /month (Months 1 to 60) |
| 19. Ariel Fund 2011 Tax, LLC<br>Address: 5151 Collins Ave., Ste. 1727<br>Miami Bch, FL 33140<br>Acct. Ending: 0580/30650 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1030 22nd Street, West Palm Beach, FL - 2010 Real Estate Taxes** | $ 871.22 + 18% int = $1,028.04<br>$_____ /month (Months ___ to ___)<br>$ 17.13 /month (Months 1 to 60) |
| 20. Comian XII Tax Lien Fund, LLC<br>Address: 1640 Nixon Dr., Ste. 293<br>Moorestown, NJ 08057<br>Acct. Ending: 0580/28516 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1030 22nd Street, West Palm Beach, FL - 2011 Real Estate Taxes** | $ 805.91 + 18% int = $950.97<br>$_____ /month (Months ___ to ___)<br>$ 15.85 /month (Months 1 to 60) |
| 21. USAmeribank<br>Address: c/o Kinger/Crouse-Magnolia TC2<br>P.O. Box 17295<br>Clearwater, FL 33762<br>Acct. Ending: 0740/32182 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1134 22nd Street, West Palm Beach, FL - 2010 Real Estate Taxes** | $ 5,500.10 + 18% int = $6,490.12<br>$_____ /month (Months ___ to ___)<br>$ 108.17 /month (Months 1 to 60) |
| 22. Luca 2, LLC<br>Address: P.O. Box 52890<br>Sarasota, FL 34232<br>Acct. Ending: 7590/0750 | Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>**Property is 1136 22nd Street, West Palm Beach, FL - 2012 Real Estate Taxes** | $ 1,017.29 + .25% = $1,023.60<br>$_____ /month (Months ___ to ___)<br>$ 17.06 /month (Months 1 to 60) |
| 23. IRS<br>Address: P.O. Box 52890<br>Sarasota, FL 34232<br>Acct. Ending: 7590/0750 | Secured Payoff on Petition Date<br>Arrears Payment<br>Payoff Payment<br>Payoff Payment<br>**Property is Debtors equity in all Schedule A and B properties or items.** | $ 36,169.95 + 3.0 % interest = $38,805.76<br>$ N/A /month (Months ___ to ___)<br>$ 418.55 /month (Months 5 to 16)<br>$ 767.80 /month (Months 17 to 60) |

LF-31 (rev. 01/08/10)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____   Total Due $_____
                       Payable  $_____/month (Months___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $10.00 /month (Months 5 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Confirmation of the plan is without prejudice to the Internal Revenue Service continuing to review the tax returns of the Debtor to determine actual liability thereunder. If the final review of the Debtor's pre-petition tax liability determines that either the secured or priority liability of the Debtor is greater than the current Proof of Claim, the Debtor will either object to same, or modify the plan to pay any increased liability. The Debtor shall provide copies of yearly income tax returns to James E. Copeland, P.A. (For forwarding to the Trustee) no later than May 15th during the pendency of the Chapter 13 case. In the event that the Debtors income or tax refunds increase (without a similar increase in expenses), the Debtor shall increase payments to unsecured creditors over and above payments currently provided through the plan. This may be up to 100% of allowed unsecured claims, dependent on the increase in the Debtors income. Upon completion of plan and issuance of discharge, Green Tree Servicing shall satisfy and release its mortgage on 824 Dr. Martin Luther King Boulevard, Riviera Beach, Florida as same shall be fully paid. Green Tree mortgage loans under account #'s ...3400 or ...4004 is being fully paid AND ...2392 have been modified subsequent to filing and Green Tree Servicing consents to plan payments commencing in Month 5 for the referenced modified loans.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Terry Bryant
Debtor                              Joint Debtor
Date:  04/08/2015                   Date:_____