UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                    Case No. 13-26650-PGH

TERRY BRYANT,                                                  Chapter 13
Aka Terry Ray Bryant,

    Debtor.
_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**AREVA FINANICAL, LLC**, herein referred to as "Movant", seeking modification of the automatic stay in this case pursuant to 11 U.S.C. §362(d)(1), Rule 4001(a) of the Federal Rules of Bankruptcy Procedure, in order to exercise any and all rights Movant may have in collateral described below, and for cause would show the Court as follows:

1.    On July 16, 2013 Debtor, Terry Bryant, (hereinafter referred to as "Debtor"), filed for relief under Chapter 13 of the Bankruptcy Code.

2.    Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. 1334, 11 U.S.C. §362 and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3.    Debtor, TERRY RAY BRYANT, executed a Note and Mortgage (herein referred to as the "Agreement"), in the principal amount of $76,500.00, together with interest thereon as set forth therein. Movant is the mortgagee of record regarding a Mortgage securing the Note and encumbering certain property as more fully described in this Motion for Relief from Stay.

4.    Funds were advanced in connection with the aforementioned Agreement as purchase money for the following real property:

**LOT 107, TAMARIND PARK, ACCORDING TO THE PLAT THEREOF ON FILE IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA, RECORDED IN PLAT BOOK 18, PAGE 14.**

**PROPERTY ADDRESS: 1030 18TH STREET, WEST PALM BEACH, FL 33407**

5. The terms of the aforementioned Agreement entitle Movant to possession of the collateral upon Default. The Movant has declared the Debtor in Default.

6. Movant now holds equitable title to the collateral as a result of the terms of the Agreement.

7. Debtor has defaulted under the terms of the Agreement by failing to make the payments as required under the Agreement. The Debtor has indicated in the Seventh Amended Chapter 13 Plan [D.E. # 190] that the collateral securing the Agreement will be paid outside the Plan directly to the Movant. The Order Confirming Chapter 13 Plan was entered on April 22, 2015.

8. Movant asserts that sufficient cause exists to waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing any order entered to be effective upon execution since the collateral is easily moved, easily secreted, and easily damaged within the ten day period that would otherwise stay recovery of the collateral. In addition, Movant prays that the Court suspend the Rule in all instances in which there is consent on the part of the Debtor.

9. Movant seeks relief from the Debtor stay imposed by 11 U.S.C. §362(d)(1) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, AREVA FINANICAL, LLC respectfully requests that this Court enter an order modifying the automatic stay under 11 U.S.C. §362(d)(1) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure, to permit AREVA FINANICAL, LLC to take any and all steps

necessary to exercise any all rights it may have in the collateral described herein and to gain possession of said collateral and that AREVA FINANICAL, LLC have such other and further relief as is just.

**Dated this 29<u>th</u> day of June, 2016**.

        Respectfully Submitted,

        /s/ Chase A. Berger
        Chase A. Berger
        Fla. Bar No. 083794
        chase@bergerfirm.com
        **BERGER FIRM P.A.**
        3050 Biscayne Boulevard
        Suite 402
        Miami, Florida  33137
        Telephone: (305) 501.2808
        Facsimile: (954) 780.5578
        *Counsel for Areva Financial, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2016, I electronically filed the foregoing document as counsel for Creditor, Areva Financial, LLC, with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List/Matrix in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

        /s/ Chase A. Berger
        Chase A. Berger
        Fla. Bar No. 083794

## Service List

*Debtor*  
**Terry Bryant**  
POB 4327  
West Palm Beach, FL 33402  
PALM BEACH-FL  
SSN / ITIN: xxx-xx-7663  
*aka* **Terry Ray Bryant**

represented by **James E Copeland, Esq**  
631 US Hwy 1 #403  
N. Palm Beach, FL 33408  
(561) 881-8989  
Email: jamesecopeland@bellsouth.net

*Trustee*  
**Robin R Weiner**  
www.ch13weiner.com  
POB 559007  
Fort Lauderdale, FL 33355  
954-382-2001

*U.S. Trustee*  
**Office of the US Trustee**  
51 S.W. 1st Ave.  
Suite 1204  
Miami, FL 33130  
(305) 536-7285

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No. 13-26650-pgh

TERRY BRYANT,                                          Chapter 13
Aka Terry Ray Bryant

   Debtor.
_____/

## AFFIDAVIT AS TO PAID DIRECT

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

BEFORE ME, this day personally appeared Chase A. Berger, Esq. ("Affiant"), who upon oath, deposes on personal knowledge and says:

1. I am an attorney at Berger Firm P.A., and the law firm that filed the Motion for Relief from Automatic Stay on behalf of Areva Financial, LLC (the "Movant")

2. The Affidavit is filed in support of the Motion for Relief from Automatic Stay. Movant is the mortgagee of record regarding a Mortgage securing the Note and encumbering certain property as more fully described in this Motion for Relief from Stay.

3. The Affiant has reviewed the Seventh Amended Chapter 13 Plan filed in this case. According to the proposed plan, the Debtor has agreed to pay Areva Financial, LLC directly for the collateral that secures the Movant's Note and Mortgage, the real property legally described as:

> LOT 107, TAMARIND PARK, ACCORDING TO THE PLAT THEREOF ON FILE IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA, RECORDED IN PLAT BOOK 18, PAGE 14.
>
> PROPERTY ADDRESS: 1030 18TH STREET, WEST PALM BEACH, FL 33407

- 2 -

4. The Order Confirming Plan was entered on April 22, 2015, and states in part: *If the Plan does not provide for payments to a secured creditor, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim.*

5. Movant is entitled to relief as the Plan filed by debtor proposed NOT to pay the claim of Movant and Movant's interest would be irreparably harmed by continuation of the stay.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Chase A. Berger

THE FOREGOING INSTRUMENT WAS SWORN TO AND SUBSCRIBE before me this 28th day of June, 2016, by Chase A. Berger, who is personally known to me and who did an oath.



Laura Burgess
COMMISSION # FF206203
EXPIRES: March 4, 2019
WWW.AARONNOTARY.COM

_____
NOTARY PUBLIC

My Commission Expires: