UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                          Case No. 13-26650-PGH
                                                Chapter 13
TERRY BRYANT,

        Debtor.
_____/

## INTERIM CAPITAL'S MOTION FOR RELIEF FROM STAY

Interim Capital, LLC ("Interim"), a secured judgment lien creditor, by its undersigned counsel, hereby moves for limited relief from the automatic stay, and states:

1.      On July 16, 2013, the Debtor filed a voluntary chapter 13 petition with this Court. This is the Debtor's third chapter 13 filing. He filed his first chapter 13 case on August 31, 2005 (case no. 05-34489-PGH), and filed his second chapter 13 case on April 5, 2007 (case no. 07-12423-PGH). The first two cases were dismissed.

2.      The Debtor initially scheduled Interim as a secured creditor but with a claim of zero (ECF No. 17). Interim did not file a proof of claim in this case. However, Interim did file a proof of claim in the Debtor's second bankruptcy case (Claim no. 4).

3.      On April 22, 2015, this Court entered an order confirming the Debtor's plan (ECF No. 196) in this case. The Debtor's confirmed plan (ECF No. 190) contains no treatment for any claim of Interim.

4.      Interim is a secured judgment lien creditor by virtue of a final judgments recorded and re-recorded in the public records of Palm Beach County, Florida. First, Interim obtained a Final Summary Judgment dated July 28, 2005, in the face amount of $647,049.69. Such judgment was properly re-recorded in the Public Records of Palm Beach County, Florida, on February 17, 2006, at O.R. Book 19945, Page 1537. Second, Interim obtained an Amended

Final Summary Judgment April 17, 2006, in the face amount of $367,010.19. Such judgment was recorded and re-recorded in the Public Records of Palm Beach County, Florida, on April 20, 2006, at O.R. Book 20227, Page 235. Third, Interim obtained a Corrective Amended Final Summary Judgment in the face amount of $367,010.19. Such judgment was recorded and re-recorded in the Public Records of Palm Beach County, Florida at O.R. Book 21264, Page 748. The recording of Interim's judgments created valid judgment liens against all real property owned by the Debtor in Palm Beach County, Florida. Copies of Interim's judgments are attached hereto as **Exhibit A**. The third of Interim's judgments in the face amount of $367,010.19 is the operative judgment evidencing Interim's judgment lien (the "Judgment").

5.     At the petition date, the Debtor owned various parcels of real property located in Palm Beach County, Florida, as identified in his Schedules (ECF Nos. 17, 69, 117, 167). A copy of the Debtor's most recent Schedule A identifying parcels located in Palm Beach County, Florida, is attached hereto as **Exhibit B**.

6.     Interim's estimated values of the parcels is greater than the amounts in the Debtor's Schedules. **Exhibit B** attached hereto includes handwritten notations of the current tax assessed values for each of the parcels. Interim's estimated values of the parcels is greater than the current tax assessed values.

7.     Prior to this bankruptcy filing, the Debtor made partial payments to Interim resulting in a current principal balance owed of $96,711.08, plus interest of $65,027.46, for a total amount owed of $161,738.54.

8.     Interim seeks limited relief from the automatic stay to re-record its judgment so that it maintains its judgment lien against the parcels of real property and its priority. Cause

exists to grant the requested relief as Interim is entitled to extend its judgment lien under Florida law. *See* Florida Statute §55.10(2).

9.      Interim's judgment lien had been properly perfected and was valid at the time the Debtor filed this case.   However, the Debtor's filing prevented Interim from enforcing its judgment lien.  Florida Statute §55.204(5) indicates that any lapse of Interim's judgment lien – which would otherwise have occurred in 2015 or 2016 – is tolled until the automatic stay is modified or terminated. *Toranto v. Dzikowski*, 380 B.R. 96, 101 (S.D. Fla. 2007).  While not required to do so at this time, Interim wishes to re-record its judgment now so that is not required to monitor the expiration or termination of the automatic stay for the balance of this chapter 13 case.

10.      To be clear, Interim only seeks relief from the stay to re-record its judgment and continue its judgment lien.  Interim does not seek relief to enforce its judgment at this time.  A proposed form of order is attached hereto as **Exhibit C**.

Wherefore, Interim requests an order granting relief from the automatic stay for the limited purpose of re-recording its judgment, and for such further relief as the Court deems appropriate.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

 /s/ Michael C. Markham
Michael C. Markham (FBN 0768560)
401 E. Jackson St., Suite 3100
Tampa, FL  33602
Telephone:     813-225-2500
Email:  MikeM@jpfirm.com
Attorneys for Interim Capital, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served electronically on all registered CM/ECF Users and by U.S. mail on the attached Matrix on the 22st day of June, 2017.


/s Michael C. Markham

4009270

# EXHIBIT "A"

H020



IN THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL ACTION

CFN 20050477883
OR BK 19001 PG 1842
RECORDED 08/01/2005 15:29:01
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1842 - 1845; (4pgs)

INTERIM CAPITAL LLC, a Florida limited
liability company, as assignee of Bank of America,
N.A., successor by merger to Nations Bank, N.A.,

    Plaintiff,

    v.

Case No. 50-2004-CA-007180-xxxx-MB
Division AA

TERRY BRYANT, Individually and d/b/a Dr. of Irrigation
Co.; JEAN M. BRYANT; STATE OF FLORIDA;
CITY OF WEST PALM BEACH; CITY OF LAKE
WORTH,

    Defendant(s).

_____/

## FINAL SUMMARY JUDGMENT

THIS CAUSE came before the Court on July 1, 2005 on the Motion for Summary Judgment filed by
Plaintiff, INTERIM CAPITAL, LLC ("Plaintiff"). The Court, having reviewed the pleadings, motion and affidavits
filed in support thereof and in opposition thereto, and having heard argument of counsel and being otherwise fully
advised as to the premises, it is

ADJUDGED that:

1)    The Court has subject matter jurisdiction hereof; TERRY BRYANT, Individually and d/b/a Dr. of
Irrigation Co., JEAN M. BRYANT, STATE OF FLORIDA, CITY OF WEST PALM BEACH, and CITY OF
LAKE WORTH ("Defendants").

2)    The equities of this action are in favor of Plaintiff and Plaintiff is entitled to the foreclosure of its
mortgage.

3)    As to Count II for foreclosure, Plaintiff is due the following:

| | | |
|---|---|---:|
| a) | Principal balance due | $319,372.60 |
| b) | Interest to 7-1-05 ($155.29 per diem) | 104,112.42 |
| c) | Accrued Late Charges | 2,324.10 |
| d) | Court Costs | 1,787.91 |
| e) | Attorneys' fees | 3,176.25 |

for a total due of $430,773.28.


25

FILE NUM 20060008802 OR BOOK/PAGE 19945/1537 DATE: 02/17/2006 10:03:52 Pgs 1537 - 1540, (4pgs)
Sharon R. Bock, CLERK & COMPTROLLER

5)    The Court finds that Plaintiff's counsel has expended 6.5 hours at $240.00 per hour, 2.6 hours at $225.00 per hour, 4.0 hours at $150.00 per hour, and 5.75 hours at $75.00 per hour. The Court further finds both the number of hours expended and the hourly rates charged to be reasonable.

6)    Plaintiff holds a lien for the total sums set forth in Paragraph 4 above superior to any claim, interests or estates of any of the Defendants and any persons or entities claiming by, through, under or against the Defendants, on the following-described real property and improvements (the "Property"):

ALL INVENTORY, CHATTEL PAPER, ACCOUNTS, EQUIPMENT AND GENERAL INTANGIBLES, WHETHER ANY OF THE FOREGOING IS OWNED NOW OR ACQUIRED LATER; ALL ACCESSIONS, ADDITIONS, REPLACEMENTS, AND SUBSTITUTIONS RELATING TO ANY OF THE FOREGOING; ALL RECORDS OF ANY KIND RELATING TO ANY OF THE FOREGOING; ALL PROCEEDS RELATING TO ANY OF THE FOREGOING (INCLUDING INSURANCE, GENERAL INTANGIBLES AND OTHER ACCOUNTS PROCEEDS).

AND

LOTS 8, 9 AND 10, BLOCK 48, NORTHWOOD ADDITION TO WEST PALM BEACH (PLAT NO. 4), ACCORDING TO THE PLAT THEREOF, ON FILE IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT, IN AND FOR PALM BEACH COUNTY, FLORIDA, RECORDED IN THE PLAT BOOK 9, PAGE 47.

7)    If the total sum set forth in Paragraph 4, with interest at the rate prescribed by law and all costs of this action accruing subsequent to this Final Summary Judgment, is not paid immediately, the Clerk of this Court shall sell the Property at a public sale on _Aug 29_, 2005 at 10:00 a.m. to the highest bidder for cash, except as hereinafter set forth, on the First Floor, Room 1.2406 (cafeteria) of the main Courthouse, 205 North Dixie Highway, West Palm Beach, Florida, in accordance with Florida Statutes §45.031.

8)    Plaintiff shall advance all subsequent costs of this action, and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the Property at the sale. If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum as set forth in Paragraph 4 above with interest at the legal rate, currently seven percent (7%) per annum, and costs accruing subsequent to this Final Summary Judgment or such part of it as is necessary to pay the bid in full.

9)    On filing the Certificate of Title with respect to the Property, the Clerk shall distribute the proceeds of the sale so far as they are sufficient, by paying: first, all of Plaintiff's costs; second, documentary stamps affixed to the Certificate of Title; third, Plaintiff's attorneys' fees; fourth, the total sum due to Plaintiff, as set forth in Paragraph 4 above, less the items paid, plus interest at the rate prescribed by law from this date to the date of the

sale. The Clerk shall retain any amount remaining pending further order of this Court. Any amounts so retained are to be distributed to each Defendant, as determined by the Order of this Court.

10)     The successful bidder and purchaser at the foreclosure sale of the Property shall pay, in addition to the amount bid, any documentary stamps and Clerk's fees relating to the issuance of the Certificate of Title to be issued by the Clerk to the successful bidder and purchaser. At the time of the sale the successful high bidder shall post with the Clerk a deposit equal to five percent (5%) of the final bid. The deposit shall be applied to the sale price at the time of payment. If final payment is not made within the prescribed period, the Clerk shall re-advertise the sale as provided in this section, and pay all costs of the sale from the deposit. Any remaining funds shall be applied towards the judgment.

11)     On filing the Certificate of Sale with respect to the Property, each Defendant, and all persons claiming by, through, under or against her/him/it/them since the filing of the Notice of Lis Pendens in this action are foreclosed of all estate, interest or claim in or to the Property, and the purchaser or purchasers at the sale shall be let into possession of the Property. The Clerk of the Court is ordered to issue a Writ of Possession upon demand by the purchaser or purchasers.

12)     With regards to Counts III and IV, Plaintiff shall have and recover from Defendant, TERRY BRYANT, individually and d/b/a Dr. of Irrigation Co., the following:



|  |  |  |  |
|---|---|---|---|
| a) | First Loan: | | |
| Principal balance due | | $148,968.33 | |
| Interest to 7-1-05 ($101.38 per diem) | | 67,308.08 | |
| Subtotal | | | $216,276.41 |
| b) | Second Loan: | | |
| Principal balance due | | $319,372.60 | |
| Interest to 7-1-05 ($155.29 per diem) | | 104,112.42 | |
| Accrued Late Charges | | 2,324.10 | |
| Subtotal | | | $425,809.12 |
| c) | Court Costs | | 1,787.91 |
| d) | Attorneys' fees | | 3,176.25 |

for a total due of $647,049.69, for all of which let execution issue.

13)    All amounts awarded herein shall accrue interest at the legal rate, currently seven percent (7%) per annum, from the date hereof until fully paid.

14)    Jurisdiction over this action is retained to enter such further orders to give Plaintiff adequate and complete relief, and as may be necessary and proper, including, but not limited to, deficiency judgments and Writs of Possession. The Clerk is hereby authorized to issue Writs of Possession without further order of the Court upon application by Plaintiff.

15)    Counts II and IV of the Complaint involve the same underlying obligations; therefore, Plaintiff shall recover only once from Defendant, TERRY BRYANT, individually and d/b/a Dr. of Irrigation Co., the amounts due under the Loan Documents underlying Counts II and IV.

DONE AND ORDERED in chambers at Palm Beach County, Florida, this 28 day of July, 2005.

Karen M. Miller
Circuit Court Judge

copies to:

Ronald B. Cohn, Esq.
Terry Bryant
Larry A. Karns, Esq.
Valerie J. Martin, Esq.
Lisa M. Fedynshyn-Conforti, Esq.

**Address of Creditor:**

Interim Capital, LLC
50 Portland Pier
Suite 400
Portland, ME 04101

**Address of Debtor:**

Terry Bryant, individually and d/b/a Dr. of Irrigation Co.
915 – 39th Street
West Palm Beach, Florida 33407



PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office.
DAY OF _____ , 20 __
SHARON R. BOCK
CLERK & COMPTROLLER
BY _____
DEPUTY CLERK

Return to: (enclose self-addressed stamped envelope)

Name

Address

```
CFN 20060290331
OR BK 20344 PG 0955
RECORDED 05/16/2006 09:50:42
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0955 - 956; (2pgs)
```

FILE NUM 2006023419 OR BOOK/PAGE 20227/0235 DATE: 04/20/2006 12:48:13 Pgs 0235 - 236; (2pgs)
Sharon R. Bock, CLERK & COMPTROLLER

IN THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL ACTION

INTERIM CAPITAL LLC, a Florida limited
liability company, as assignee of Bank of America,
N.A., successor by merger to Nations Bank, N.A.,

    Plaintiff,

v.

                          Case No. 50-2004-CA-007180-xxxx-MB
                          Division AA

TERRY BRYANT, Individually and d/b/a Dr. of Irrigation
Co.; JEAN M. BRYANT; STATE OF FLORIDA;
CITY OF WEST PALM BEACH; CITY OF LAKE
WORTH,

    Defendants.

_____/

**AMENDED FINAL SUMMARY JUDGMENT FOR DAMAGES
UNDER COUNTS III AND IV OF THE VERIFIED COMPLAINT**

    THIS CAUSE came before the Court on April 17, 2006 on the Motion to Amend Final Summary

Judgment for Damages Under Counts III and IV of Verified Complaint filed by Plaintiff, INTERIM

CAPITAL, LLC ("Plaintiff"). The Court, having reviewed the pleadings, motion and affidavit filed in

support thereof, and finding that the Defendant, Terry Bryant ("Defendant") is entitled to a credit in the

amount of $305,500.00, representing the net sales proceeds received by Plaintiff from Plaintiff's sale of

the real property and improvements which were the subject of Count II for foreclosure of the Verified

Complaint, having heard argument of counsel and being otherwise fully advised as to the premises, it is

    ORDERED AND ADJUDGED that:



Book20227/Page235                          Page 1 of 2

1) The Final Summary Judgment entered by the Court on July 28, 2005 is hereby amended as to Counts III and IV for damages, as follows:

With regards to Counts III and IV, Plaintiff shall have and recover from Defendant, TERRY BRYANT, individually and d/b/a Dr. of Irrigation Co., the following:

| | |
|---|---|
| Judgment Amount as to Counts III & IV | $647,049.69 |
| Interest 7/29/05-11/7/05 @ 7.00% statutory rate ($124.10 per diem) | 12,534.10 |
| Subtotal | $659,583.79 |
| LESS Net Sales Proceeds | ($305,500.00) |
| Subtotal | $356,083.79 |
| Interest 11/8/05-4/17/06 @ 7.00% statutory rate ($68.29 per diem) | 10,926.40 |
| **TOTAL DUE AS OF APRIL 17, 2006:** | $367,010.19, for all of which let execution issue. |

2) All other terms of the Final Summary Judgment entered by the Court on July 28, 2005 not expressly amended hereby shall remain in full force and effect.

3) Nothing herein shall affect the validity of the Final Summary Judgment as to Count II of the Verified Complaint for foreclosure amounts or of the subsequent judicial sale of the real property and improvements which were the subject thereof.

DONE AND ORDERED in chambers at Palm Beach County, Florida, this *17* day of April, 2006.

Karen M. Miller
Circuit Court Judge

copies to:
Ronald B. Cohn, Esq.
Terry Bryant, individually and d/b/a Dr. of Irrigation Co.

**Address of Creditor:**

Interim Capital, LLC
50 Portland Pier
Suite 400
Portland, ME 04101

**Address of Debtor:**

Terry Bryant, individually and
d/b/a Dr. of Irrigation Co.
915 – 39th Street
West Palm Beach, Florida 33407

Book20227/Page236                    Page 2 of 2

I hereby certify that the foregoing is a true copy
of the record in my office this day, May 15, 2006.
Sharon R. Bock , Clerk Circuit Court, Palm Beach County, Florida
BY _____ Deputy Clerk

Return to: (enclose self-addressed stamped envelope)

Name

Address:

CFN 20070003498
OR BK 21264 PG 0748
RECORDED 01/03/2007 12:33:21
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0748 - 749; (2pgs)

IN THE CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL ACTION

INTERIM CAPITAL LLC, a Florida limited
liability company, as assignee of Bank of America,
N.A., successor by merger to Nations Bank, N.A.,

    Plaintiff,

v.

                                       Case No. 50-2004-CA-007180-xxxx-MB
                                       Division AA

TERRY BRYANT, Individually and d/b/a Dr. of Irrigation
Co.; JEAN M. BRYANT; STATE OF FLORIDA;
CITY OF WEST PALM BEACH; CITY OF LAKE
WORTH,

    Defendants.
_____/

CORRECTIVE
AMENDED FINAL SUMMARY JUDGMENT FOR DAMAGES
UNDER COUNTS III AND IV OF THE VERIFIED COMPLAINT

THIS CAUSE came before the Court on April 17, 2006 on the Motion to Amend Final Summary

Judgment for Damages Under Counts III and IV of Verified Complaint filed by Plaintiff, INTERIM

CAPITAL, LLC ("Plaintiff"). The Court, having reviewed the pleadings, motion and affidavit filed in

support thereof, and finding that the Defendant, Terry Bryant ("Defendant") is entitled to a credit in the

amount of $305,500.00, representing the net sales proceeds received by Plaintiff from Plaintiff's sale of

the real property and improvements which were the subject of Count II for foreclosure of the Verified

Complaint, having heard argument of counsel and being otherwise fully advised as to the premises, it is

ORDERED AND ADJUDGED that:

1)    The Final Summary Judgment entered by the Court on July 28, 2005 is hereby amended as to Counts III and IV for damages, as follows:

With regards to Counts III and IV, Plaintiff shall have and recover from Defendant, TERRY BRYANT, individually and d/b/a Dr. of Irrigation Co., the following:

| | |
|---|---|
| Judgment Amount as to Counts III & IV | $647,049.69 |
| Interest 7/29/05-11/7/05 | |
| @ 7.00% statutory rate ($124.10 per diem) | 12,534.10 |
| Subtotal | $659,583.79 |
| LESS Net Sales Proceeds | ($305,500.00) |
| Subtotal | $356,083.79 |
| Interest 11/8/05-4/17/06 | |
| @ 7.00% statutory rate ($68.29 per diem) | 10,926.40 |
| **TOTAL DUE AS OF APRIL 17, 2006:** | **$367,010.19, for all of which let execution issue.** |

2)    All other terms of the Final Summary Judgment entered by the Court on July 28, 2005 not expressly amended hereby shall remain in full force and effect.

3)    Nothing herein shall affect the validity of the Final Summary Judgment as to Count II of the Verified Complaint for foreclosure amounts or of the subsequent judicial sale of the real property and improvements which were the subject thereof.

DONE AND ORDERED in chambers at Palm Beach County, Florida, this ___ day of December, 2006, NUNC PRO TUNC to April 16, 2006.

Karen M. Miller
Circuit Court Judge

copies to:
Ronald B. Cohn, Esq.
Terry Bryant, individually and d/b/a Dr. of Irrigation Co.

**Address of Creditor:**

Interim Capital, LLC
50 Portland Pier
Suite 400
Portland, ME 04101

**Address of Debtor:**

Terry Bryant, individually and
d/b/a Dr. of Irrigation Co.
915 – 39th Street
West Palm Beach, Florida 33407

Book21191/Page279                                    Page 2 of 2

I hereby certify that the foregoing is a true copy
of the record in my office this day, Jan 02, 2007.
Sharon R. Bock , Clerk Circuit Court, Palm Beach County, Florida
BY _____ Deputy Clerk

# EXHIBIT "B"

B6A (Official Form 6A) (12/07)

In re    **Terry Bryant**                                                                    Case No.    **13-26650-PGH**
_____
                                    Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Property located at 915 39th Street, West Palm Beach, FL**<br><br>**Legal description: Lots 20 and 21, Block 60, Northwood Addition, according to the Plat thereof on file in the Office of the Clerk of the Circuit Court in and for Palm Beach County, Florida, as recorded in Plat Book 11, Page 39, Public Records of Palm Beach County, Florida** | **Fee simple** | **J** | **56,000.00**<br>_63,621_ | **75,210.00** |
| **Property located at 1030 22nd Street, West Palm Beach, FL**<br><br>**Legal description: Lot 58, Grant Park, according to the Plat thereof on file in the office of the Clerk of the Circuit Court in and for Palm Beach County, Florida; recorded in Plat Book 9, Page 14. Said lands situate, lying and being in Palm Beach County, Florida** | **Fee simple** | - | **28,000.00**<br>_36,766_ | **29,186.30** |
| **Property located at 1011 22nd Street, West Palm Beach, FL**<br><br>**Legal description: Lot 7, of Gray Addition to Grant Park, according to the Plat thereof recorded in Plat Book 11, Page 44, of the Public Records of Palm Beach County, Florida** | **Fee simple** | - | **29,137.00**<br>_35,767_ | **27,517.50** |
| **Property located at 3721 Avenue P, Riviera Beach, FL**<br><br>**Legal description: Lots 1 and 2, Block 2, Acrehome Park Second Addition, according to the Plat thereof recorded in Plat Book 3, Page 34, of the Public Records of Palm Beach County, Florida** | **Fee simple** | - | **38,000.00**<br>_32,806_ | **70,031.07** |

| | | | Sub-Total > | **151,137.00** | (Total of this page) |
|---|---|---|---|---|---|

___**2**___   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re **Terry Bryant**    Case No. **13-26650-PGH**

Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Property located at 1021 S C Street, Lake Worth, FL<br><br>Legal description: Lot 14, Block 273, The Palm Beach Farms Co. Plat No. 2, The Townsite of Lucerne (now known as Lake Worth), according to the Plat thereof on file in the Office of the Clerk of the Circuit Court, in and for Palm Beach County, Florida in Plat Book 29 through 40, inclusive. | Fee simple | - | 53,000.00  *83,611* | 54,315.00 |
| Proeprty located at 1030 18th Street, West Palm Beach, FL<br><br>Legal description: Lot 107, Tamarind Park, according ot the Plat thereof on file in the Office of the Clerk of the Circuit Court in and for Palm Beach County, Florida, recorded in Plat Book 18, Page 14. | Fee simple | - | 27,300.00  *55,171* | 46,160.99 |
| Property located at 824 Dr. Martin Luther King Jr. Blvd., Riviera Beach, FL<br><br>Legal description: Lots 9, 10 and 11, Block 22, Inlet City, according to the Plat thereof as recorded in Plat Book 7, Page 27 of the Public Records of Palm Beach County, Florida | Fee simple | - | 35,600.00  *34,448* | 28,711.00 |
| Vacant land located at 1109 Wright Street, Riviera Beach, FL<br><br>Legal description: Lots 13 and 14, Block 18, Riviera, according to the Plat thereof recorded in Plat Book 2, Page 90, of the Public Records of Palm Beach County, Florida | Fee simple | - | 16,000.00  *9,645* | 17,428.96 |
| Property located at 1328 S L Street, Lake Worth, FL<br><br>Legal description: Lot 2, Less the South 5 feet, Block 64, the Palm Beach Farms Company Plat No. 4, Addition Number One to the Town of Lake Worth, according to the Plat thereof on file inthe Office of the Clerk of the Circuit Court in and for Palm Beach County, Florida recorded in Plat Book 5, Page 6. | Fee simple | - | 56,000.00  *47,000 ** | 51,268.00 |

*\* Quitclaim deed recorded 11/24/15*

| | | Sub-Total > | 187,900.00 | (Total of this page) |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re __**Terry Bryant**_____    Case No. ___**13-26650-PGH**_____
                                          Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Property located at 1134 22nd Street, West Palm Beach, FL<br><br>**Legal description: Lot 74 of Grant Park, Addition to West Palm Beach, Florida, according to the Plat thereof, as recorded in the Office of the Clerk fo the Circuit Court in and for Palm Beach County, Florida in Plat Book 9, Page 14** | Fee simple | - | 31,667.00<br>34,193 | 24,086.49 |
| Property located at 400 Cypress Drive, Lake Park, FL<br><br>**Legal description: Lot 1, 2, and 3, Block 64, Lake Park (formerly Kelsey City), according to the Plat thereof, on file in the Office of the Clerk of the Circuit Court in and for Palm Beach County, Florida, recorded in Plat Book 8, at Page 15; said lands situate, lying and being in Palm Beach County, Florida** | Fee simple | - | 112,000.00<br>126,712 | 136,489.00 |
| Property located at 1136 22nd Street, West Palm Beach, FL<br><br>**Legal description: Lot 75, Grant Park Addition to West Palm Beach, according to the Plat thereof recorded in Plat Book 9, Page 14, Public Records of Palm Beach County, Florida** | Fee simple | J | 23,100.00<br>36,180 | 21,271.15 |

|  |  |  |
|---|---|---|
| Sub-Total > | 166,767.00 | (Total of this page) |
| Total > | 505,804.00 |  |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

# EXHIBIT "C"

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                          Case No. 13-26650-PGH
                                                Chapter 13
TERRY BRYANT,

      Debtor.
_____/

## ORDER GRANTING INTERIM CAPITAL'S MOTION FOR RELIEF FROM STAY

This case came before the Court upon a Motion for Relief from Stay (ECF No. ___ - the "Motion") filed by Interim Capital, LLC ("Interim") through which Interim seeks limited relief from the automatic stay to re-record its pre-petition judgment in the Public Records of Palm Beach County, Florida.  The Court has reviewed the Motion and finds that the limited relief requested by Interim is appropriate.  Accordingly, it is –

**ORDERED** as follows:

1.      The Motion is granted.  The automatic stay is hereby modified for the sole purpose of permitting Interim to re-record its judgment in the face amount of $367,010.19 in the Public Records of Palm Beach County, Florida.

2.      Interim shall not enforce its judgment lien absent dismissal or closing of this case or further order of this Court.

Label Matrix for local noticing
113C-9
Case 13-26650-PGH
Southern District of Florida
West Palm Beach
Thu Jun 22 09:45:38 EDT 2017

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096


The Bank of New York Mellon Trust Company, N
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853


American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701


Aurora Loan Svcs
7807 E Peakview Ave #410
Centennial CO 80111-6849


City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416-4738


Darren Moore
158 West Fairway Place
Chandler, AZ 85225


Franklin Collection Sv
2978 W Jackson St
Tupelo, MS 38801-6731


Gmac Mortgage
3451 Hammond Ave
Waterloo, IA 50702-5300


(p)GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154


Ditech Financial LLC
PO BOX 0049
Palatine, IL 60055-0001


Ocwen Loan Servicing, LLC
c/o Robertson Anschutz et al
6409 Congress Ave #100
Boca Raton, FL 33487-2853


US Ameribank
c/o Kingert Crouse-Magnolia TC2 LLC
POB 17295
Clearwater, FL 33762-0295


American Home Mtg Srv/Homeward Residenta
Ahmsi / Attention: Bankruptcy
Po Box 631730-1730
Irving, TX 75063


Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062-5170


Comain XII Tax Lien Fund, LLC
700 Rte 130 N #101
Cinnaminson NJ 08077-3346


Florida Default Law Group
P.O. Box 25018
Tampa, FL 33622-5018


Gecrb/l & T
P.O. Box 965004
Orlando, FL 32896-5004


Gree Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172


Home Comings Financial/GMAC Mortgage
Attention: Bankruptcy Dept
POB 4622
Waterloo, IA 50704-4622


Green Tree Servicing LLC
c/o Evan S. Singer
6267 Old Water Oak Road #203
Tallahassee, FL 32312-3858


Palm Beach County Tax Collector
c/o Orfelia Mayor, Esq
POB 3715
West Palm Beach, FL 33402-3715


American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701


Ariel Fund 2011 Tax, LLC
5151 Collins Avenue, Suite 1727
Miami Beach, FL 33140-2717


Capital One Cltrl Assignee of FIG 2222, LLC
PO Box 54418
New Orleans, LA 70154-4418


Credit Coll
Po Box 9136
Needham, MA 02494-9136


Florida Dundee Lien Investments LLC
Lockbox #005191
P.O. Box 645191
Cincinnati, OH 45264-5191


Gecrb/mervyns
Po Box 965005
Orlando, FL 32896-5005


(c)GREEN TREE SERVICING L
332 MINNESOTA ST STE E610
SAINT PAUL MN  55101-1311


Hon. Eric H. Holder, Jr.
Attorney General of The United States
Dept. of Justice, #4400
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Hon. Eric K. Shinseki, Secretary
Department of Veterans Affairs
810 Vermond Ave. NW
Washington, DC 20420-0002

Interim Capital, LLC
50 Portland Pier
Suite 400
Portland, ME 04101-4766

Internal Revenue Service.
P.O. Box 7346
Philadelphia, PA 19101-7346

L. D. Terry
3111 SW Rucks Dairy Road
Okeechobee, FL 34974-8639

Litton Loan Servicing
c/o Ocwen Financial Corporation
1661 Worthington Rd #100
West Palm Beach, FL 33409-6493

Luca 2, LLC
P.O. Box 52890
Sarasota, FL 34232-0324

Magnolia TC 2, LLC
POB 2102
Winter Park FL 32790-2102

Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265-0783

Nationstar Mortgage, LLC
C/O: Weinstein, Pinson & Riley, PS
2001 Western Ave, Suite 400
Seattle, WA 98121-3132

OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 24605
WEST PALM BEACH, FLORIDA 33416-4605

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PTL Partners, LLC
100 Fillmore Street
Suite 325
Denver, CO 80206-4915

Palm Beach County Tax Collector
P.O. Box 3353
West Palm Beach, FL 33402-3353

Palm Beach County Tax Collector
c/o James M. Brako, General Counsel
P.O. Box 3715
West Palm Beach, FL 33402-3715

(c)PENTAGROUP FINANCIAL
C/O PRIMARY FINANCIAL SVCS
3141 N 3RD AVE STE C100
PHOENIX AZ  85013-4355

Powell Link II, LLC
P.O. Box 483
Palm City, FL 34991-0483

Providentbnk
POB 1001
Iselin, NJ 08830-1001

Quintairos, Prieto, Wood & Boyer
One Independent Drive
Suite 1650
Jacksonville, FL 32202-5019

SKW Prep LLC
751 E Quality Dr #102
American Fork UT 84003-3389

Saxon Mortgage Svc
4708 Mercantile Dr
Fort Worth, TX 76137-3605

Saxon Mortgage Svc
POB 514748
Los Angeles CA 90051-4748

Special Asst U.S. Atty
c/o IRS Area Counsel
1000 S Pine Island Rd.
Suite 300
Fort Lauderdale, FL 33324-3910

Tax Collector, Palm Beach County
Attn:  Pat Bradley, Director Tax Service
301 N. Olive Ave.,
3rd Floor Governmental Center
West Palm Beach, FL 33401-4708

U.S. Department of Education
PO Box 16448
St. Paul, MN 55116-0448

US Ameribank
P.O. Box 17540
Clearwater, FL 33762-0540

US Bank National Assoc.
c/o Clarfield, Okon Salomone & Pincus
500 S. Australian Ave.
Suite 730
West Palm Beach, FL 33401-6237

Wyrhsr Mtg/Select Portfolio Servicing
Po Box 65250
Salt Lake City, UT 84165-0250

James E Copeland Esq
631 US Hwy 1 #403
N. Palm Beach, FL 33408-4618

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007

Terry Bryant
POB 4327
West Palm Beach, FL 33402-4327

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Nationstar Mortgage, LLC.<br>PO Box 630267<br>Irving, TX 75063 | Green Tree Servicing, LLC.<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | (d)Nationstar Mortgage LLC<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Green Tree Servicing L<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | Pentagroup Financial<br>c/o Primary Financial Svcs<br>3141 N 3 Ave #C-1<br>Phoenix AZ 85013 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Areva Financial, LLC<br>c/o Berger Firm P.A.<br>3050 Biscayne Boulevard<br>Suite 402<br>Miami United States | (u)U.S. Bank National Association | (u)Wells Fargo Bank, National Association |
| (u)West Palm Beach | End of Label Matrix<br>Mailable recipients    59<br>Bypassed recipients     4<br>Total                 63 | |