UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO.: 13-26650-BKC-MAM
Chapter 13

TERRY BRYANT
SSN: XXX-XX-7663
    Debtor(s)
_____/

## MOTION TO DEEM BANK OF AMERICA AND/OR SHELLPOINT MORTGAGE SERVICING MORTGAGE PAID AND CURRENT

**COME NOW** the Debtor, TERRY BRYANT, by and through his undersigned counsel, and moves this Court for an Order deeming the Bank of America and/or Shellpoint Mortgage Servicing Mortgage to be fully paid and current and shows as follows:

According to the Trustee's records, the debtor has paid, and the Trustee has disbursed, all arrears and regular on-going monthly payments to Bank of America and/or Shellpoint Mortgage Servicing pursuant to the terms of the last confirmed plan.

Since the Trustee's records reflect these payments are completed and the plan fully paid, the mortgage debt should be current as of August 2, 2018. The Debtor hereby request an Order deeming the Bank of America and/or Shellpoint Mortgage Servicing Mortgage paid and current.

**BANK OF AMERICA AND/OR SHELLPOINT MORTGAGE SERVICING SHALL FILE ANY OBJECTION TO THE STATUS OF THE MORTGAGE AS PAID AND CURRENT NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING.**

All parties wishing to be heard shall appear at the scheduled hearing. If there is a dispute as to the status of the mortgage, the court may take evidence at the hearing or treat the hearing as preliminary and set a further evidentiary hearing on a different date.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 6th day of August, 2018 to: Robert Phifer, Jr. AVP, Bank of America, 16001 N. Dallas Pkwy, Addison, TX 75001(by USPS); April Hosford Stone, Attorney for Bank of America , N.A., Tromberg Law Group, P.A., 1515 S. Federal Highway, Ste 100, Boca Raton, FL 33432 (by USPS); and by ECF Notification; Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675(by USPS); Jack Navarro, Pres. Shellpoint Mortgage Servicing, LLC, 75 Beattie Place # 300, Greenville, SC 29601;(by certified mail) ; Robin Weiner, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007 by ECF notification;

JAMES E. COPELAND, P.A.
Bankruptcy Counsel
P.O. Box 32877
Palm Beach Gardens, Florida 33420
Tel: (561) 881-8989
Fax: (561) 881-8985
jamesecopeland@bellsouth.net

By: _____
JAMES E. COPELAND
Fla. Bar No.: 328103